STATE OF NEW JERSEY v. JOHN H. HANEMANN.

November 17, 1981.

Petition for certification denied.   (See 180 *N.J.Super.* 544)

STATE OF NEW JERSEY v. LESTER C. BRADLEY.

November 17, 1981.

Petition for certification denied.

MILREN REALTY, INC. v. FRANK A. REYNOLDS.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY RANDOLPH.

November 17, 1981.

Petition for certification denied.